Form odefo  (Revised 06/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 22−20642                                    Chapter: 13

In re:

Paul Singh
700 S. Jaide Lane
Olathe, KS 66061

SSN: xxx−xx−3490

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

**Filed and Entered By The Court**
**12/11/24**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

The following document was filed in this matter and is defective for the following reason(s):

*53* – Motion to Impose/Enforce Automatic Stay Filed on behalf of Debtor Paul Singh .(Merrick, Cindy)

**The pleading was not signed by the filing party, and no certificate of service attached. The motion must be noticed for hearing or with an objection deadline.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above−described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 54 − 53

s/  Robert D. Berger
Judge, United States Bankruptcy Court