**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

In Re:      Paul Singh                                      )      Case No.  22-20642-RDB13
                                          Debtor      )

## <u>MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR</u>

**COME NOW,** attorneys Jeffrey L. Wagoner and Chelsea S. Williamson of WM Law firm (collectively hereinafter "WM Law"), and for this Motion to Withdraw as Counsel for above-captioned Debtor, respectively shows the Court as follows:

1. On or about July 13, 2022, Debtor executed an Engagement Agreement with WM Law to represent him the in filing of this Chapter 13 Case.

2. On July 14, 2022, Debtor filed a Petition and Plan for Chapter 13 relief.

3. On October 21, 2022, unsecured Scheduled creditor, Reeve Roofing and Construction, LLC (hereinafter "Reeves"), filed Proof of Claim 19-1 in the non-priority General Unsecured amount of $17,123.94 (the "Proof of Claim.")

4. On November 17, 2022, Debtor's Plan was confirmed by Order of this Court.

5. On or about November 19, 2024, Reeves filed a Petition in the District Court of Johnson County, Kansas, Civil Court Department, bearing Case No. JO-2024-CV-005899 (the "Lawsuit") against Debtor's Non-Filing Spouse (the "NFS") seeking a judgment against the NFS for what appears to the same debt owed in the Proof of Claim.

6. On December 11, 2024, without any prior conference with WM Law, Debtor filed a *Pro Se* "Motion to Enforce Automatic Stay and Protect Joint Property and Co-Defendant Spouse Under Chapter 13," Doc. #53, with this Court.

7. On December 11, 2024, following written authorization from Debtor, WM Law filed a Notice to Withdraw said *Pro Se* Motion (Doc. #55).

8. On December 16, 2024, Chelsea Williamson of WM Law filed her Notice of Appearance (Doc. #16) as Co-Counsel on behalf of Debtor to assist with issues concerning the NFS and Debtor's relationship to the Lawsuit.

9. On December 27, 2024, without prior conference or notice to WM Law, Debtor filed another *Pro Se* pleading (Doc. #59), which appears to be a letter to the Honorable Judge Robert D. Berger.

10. On December 31, 2024, following written conference between WM Law and Debtor concerning options for the NFS's lawsuit, Debtor emailed WM Law and the Chapter 13 Trustee formally terminating the relationship and representation between WM Law and Debtor, and that Debtor intends to represent himself *Pro Se* in this Case if, or until, he can retain new counsel.  A

copy of said email from Debtor is attached hereto and incorporated by reference herein as *Exhibit: 1.*

11. Based upon the foregoing, WM Law moves the Court for an order permitting WM Law to withdraw as Counsel for Debtor. The Attorney-Client relationship is fractured. Debtor has failed to comply with the terms of representation to which he agreed. Additionally, WM Law and Debtor have significant and irreconcilable differences of opinion concerning this Case.

12. Aside from Debtor's *Pro Se* letter to this Court (Doc. #59), there are no pending motions or hearings.

13. WM Law in accordance with D. Kan. Local Rule 83.5.5. as applied by LBR 2090.2, has by this Motion, and by *Exhibit: 2* admonished Debtor that he is personally responsible for complying with all orders of the Court and time limits established by procedural rules or orders of the Court. The letters delivered by regular mail have not been returned as undeliverable.

14. The undersigned attorney has complied with Rule 83.5.5 of the Rules of Practice of the United States District Court for the District of Kansas by sending a copy of this Motion to Withdraw by both regular and Certified Mail to Debtor at his address:

Paul Singh
700 S. Jaide Lane
Olathe, KS 66061
(913) 940-1222

**WHEREFORE**, WM Law respectfully requests this Court's Order allowing WM Law to withdraw as counsel for Debtor and the undersigned from further representation of Debtor in this proceeding, and for any such further relief as the Court deems equitable and proper.

Dated: January 8, 2025

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
s/ Chelsea S. Williamson
Jeffrey L. Wagoner, MO #44365; KS #17489
Chelsea S. Williamson, MO #51089; KS #20522
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEYS FOR DEBTOR

2

## <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **1/29/2025** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **2/18/2025 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on **January 8, 2025,** a true and correct copy of the foregoing and Exhibits was served electronically on all parties registered to receive electronic notices on ECF/PACER, and via US Postage 1st class postage to all affected parties listed on the attached Mailing Matrix, as well as Debtor via **Certified Mail** and e-mail to Debtor as follows:

Paul Singh
700 S. Jaide Lane
Olathe, KS 66061
jccarservice@gmail.com

[See attached mailing matrix]

*/s/ Chelsea S. Williamson*


**EXHIBIT: 1**

| | |
|---|---|
| **From:** | JC Carservice |
| **To:** | Chelsea Williamson |
| **Cc:** | inquiries@13trusteekc.com; Jeffwagoner@wagonergroup.com; Doug Sisson; Ana Ballesteros |
| **Subject:** | Formal Notification of Change in Representation in Case # 22-20642-13 |
| **Date:** | Tuesday, December 31, 2024 1:09:32 PM |

**Dear Chelsea,**

I am writing to formally notify you that I will be representing myself in my bankruptcy case #

22-20642-13 moving forward until I secure a new attorney. I appreciate the work you and your law firm have done so far, but I have determined that it is in my best interest to take a different approach to this matter.

For transparency and to ensure a smooth transition, I have CC'd the Trustee's office on this email. I trust that you will promptly inform the bankruptcy court and take any required actions to finalize this change in representation.

**Please consider this email as my formal request to terminate your representation. I request as mentioned above that you immediately inform the bankruptcy court, trustee, and roofer's attorney of the change in counsel.**

**Additionally, I would like you to provide me with all relevant case documents and legal paperwork, including any agreements, and communications, in PDF format and via USPS mail at your earliest convenience.**

I would like to clarify that my decision is not meant as a personal criticism but rather stems from a need to ensure that my legal representation aligns fully with my strategy and goals.

**Thank you for your understanding and cooperation. Please confirm once the necessary notifications have been made.**
Sincerely,
**Paul Singh**
**Case: 22-20642-13**
**Cell Phone : 913.940.1222**
**Email : Jccarservice@gmail.com**

# KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM



# WM ☷ LAW

Chelsea S. Williamson, Attorney at Law • williamson@wagonergroup.com • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

1/8/2025

**_VIA 1ˢᵗ Class Mail & Certified Mail to:_**                    <mark>EXHIBIT: 2</mark>
PAUL SINGH
700 S JAIDE LN
OLATHE KS 66061-5254

**Case No.**              *22-20642-13*
**Re:**                   *MOTION TO WITHDRAW AS YOUR LEGAL COUNSEL*

Dear Paul,

We have taken the required actions in accordance with the United States District Court for the District of Kansas Local Rule 83.5.5(a), made applicable to your bankruptcy case under Kansas Bankruptcy Court Local Rule 2090.2, which states as follows:

**Withdrawal of Attorney Whose Client Will be Left Without Counsel.**

**Withdrawal of an appearance for an attorney whose client will be left without counsel is authorized only upon court order. An attorney seeking to withdraw whose client will be left without counsel must:**

**(1) file a motion to withdraw that:**

**(A) sets forth the reasons for the withdrawal, unless doing so would violate any applicable standards of professional conduct;**

**(B) provides evidence that the withdrawing attorney provided the client with notice of:**

**(i) the admonition that the client is personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order; and**

**(ii) the dates of any pending trial, hearings, conferences, and deadlines; and**

**(C) provides the court with a current mailing address and telephone number for the client;**

**(2) serve the motion to withdraw on the withdrawing attorney's client either by personal service or by certified mail, with return receipt requested;**

**(3) serve the motion to withdraw on all attorneys of record and pro se parties in the case pursuant to Fed. R. Civ. P. 5(b); and**

**(4) file either:**

WM Law

___

Mailing Address • 15095 West 116th Street • Olathe, KS 66062 • Ph: (913) 422-0909 • Fax: (913) 428-8549
Northland (Appointment Only) • 3720 Arrowhead, Suite 102 • Independence, MO 64057
Independence (Appointment Only) • 320 N Nolan Road • Independence • Kansas City MO 64118
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

Case 22-20642   Doc# 60   Filed 01/08/25   Page 5 of 13



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

**(A) proof of personal service of the motion to withdraw or the certified mail receipt, signed by the client; or**

**(B) an affidavit indicating that the client received a copy of the motion to withdraw. Withdrawal is not effective until the court enters an order authorizing withdrawal.**

Please be advised that as acting *Pro Se*, you are personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order; and the dates of any pending trial, hearings, conferences, and deadlines.

Please find attached a copy of the Motion that has been filed with the Kansas Bankruptcy Court.

Additionally, I have already notified attorney Mark A. Samsel who represents Reeve Roofing and Construction, LLC.

Finally, we remain attorneys of record on your behalf until the Kansas Bankruptcy Court enters an Order Granting our Motion to Withdraw as Counsel.

Sincerely,

Chelsea S. Williamson,
Attorney at Law

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

In Re:    Paul Singh              )    Case No.  22-20642-RDB13

                Debtor   )

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

**COME NOW,** attorneys Jeffrey L. Wagoner and Chelsea S. Williamson of WM Law firm (collectively hereinafter "WM Law"), and for this Motion to Withdraw as Counsel for above-captioned Debtor, respectively shows the Court as follows:

1. On or about July 13, 2022, Debtor executed an Engagement Agreement with WM Law to represent him the in filing of this Chapter 13 Case.

2. On July 14, 2022, Debtor filed a Petition and Plan for Chapter 13 relief.

3. On October 21, 2022, unsecured Scheduled creditor, Reeve Roofing and Construction, LLC (hereinafter "Reeves"), filed Proof of Claim 19-1 in the non-priority General Unsecured amount of $17,123.94 (the "Proof of Claim.")

4. On November 17, 2022, Debtor's Plan was confirmed by Order of this Court.

5. On or about November 19, 2024, Reeves filed a Petition in the District Court of Johnson County, Kansas, Civil Court Department, bearing Case No. JO-2024-CV-005899 (the "Lawsuit") against Debtor's Non-Filing Spouse (the "NFS") seeking a judgment against the NFS for what appears to the same debt owed in the Proof of Claim.

6. On December 11, 2024, without any prior conference with WM Law, Debtor filed a *Pro Se* "Motion to Enforce Automatic Stay and Protect Joint Property and Co-Defendant Spouse Under Chapter 13," Doc. #53, with this Court.

7. On December 11, 2024, following written authorization from Debtor, WM Law filed a Notice to Withdraw said *Pro Se* Motion (Doc. #55).

8. On December 16, 2024, Chelsea Williamson of WM Law filed her Notice of Appearance (Doc. #16) as Co-Counsel on behalf of Debtor to assist with issues concerning the NFS and Debtor's relationship to the Lawsuit.

9. On December 27, 2024, without prior conference or notice to WM Law, Debtor filed another *Pro Se* pleading (Doc. #59), which appears to be a letter to the Honorable Judge Robert D. Berger.

10. On December 31, 2024, following written conference between WM Law and Debtor concerning options for the NFS's lawsuit, Debtor emailed WM Law and the Chapter 13 Trustee formally terminating the relationship and representation between WM Law and Debtor, and that Debtor intends to represent himself *Pro Se* in this Case if, or until, he can retain new counsel.  A

copy of said email from Debtor is attached hereto and incorporated by reference herein as *Exhibit: 1.*

11.  Based upon the foregoing, WM Law moves the Court for an order permitting WM Law to withdraw as Counsel for Debtor. The Attorney-Client relationship is fractured. Debtor has failed to comply with the terms of representation to which he agreed. Additionally, WM Law and Debtor have significant and irreconcilable differences of opinion concerning this Case.

12.  Aside from Debtor's *Pro Se* letter to this Court (Doc. #59), there are no pending motions or hearings.

13.  WM Law in accordance with D. Kan. Local Rule 83.5.5. as applied by LBR 2090.2, has by this Motion, and by *Exhibit: 2* admonished Debtor that he is personally responsible for complying with all orders of the Court and time limits established by procedural rules or orders of the Court. The letters delivered by regular mail have not been returned as undeliverable.

14.  The undersigned attorney has complied with Rule 83.5.5 of the Rules of Practice of the United States District Court for the District of Kansas by sending a copy of this Motion to Withdraw by both regular and Certified Mail to Debtor at his address:

> Paul Singh
> 700 S. Jaide Lane
> Olathe, KS 66061
> (913) 940-1222

**WHEREFORE**, WM Law respectfully requests this Court's Order allowing WM Law to withdraw as counsel for Debtor and the undersigned from further representation of Debtor in this proceeding, and for any such further relief as the Court deems equitable and proper.

Dated: January 8, 2025

Respectfully submitted,
WM Law

s/ Jeffrey L. Wagoner
s/ Chelsea S. Williamson
_____
Jeffrey L. Wagoner, MO #44365; KS #17489
Chelsea S. Williamson, MO #51089; KS #20522
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEYS FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **1/29/2025** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **2/18/2025 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **January 8, 2025,** a true and correct copy of the foregoing and Exhibits was served electronically on all parties registered to receive electronic notices on ECF/PACER, and via US Postage 1st class postage to all affected parties listed on the attached Mailing Matrix, as well as Debtor via **Certified Mail** and e-mail to Debtor as follows:

Paul Singh
700 S. Jaide Lane
Olathe, KS 66061
jccarservice@gmail.com

/s/ Chelsea S. Williamson

3

WM LAW
C/o Doug Sisson
15095 WEST 116TH STREET
OLATHE, KS 66062







$10.48^0
US POSTAGE
FIRST-CLASS
FROM 66062
01/08/2025
Stamps

7011 2970 0003 1634 2497

PAUL SINGH
700 S JAIDE LN
OLATHE KS 66061-5254

WM LAW
C/o Doug Sisson
15095 WEST 116TH STREET
OLATHE, KS 66062

$1.53^0
US POSTAGE
FIRST-CLASS
FROM 66062
01/08/2025
Stamps



PAUL SINGH
700 S JAIDE LN
OLATHE KS 66061-5254

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Singh
700 S. Jade Lane
Olathe, KS 66061-5254

9590 9402 7764 2152 8969 11

2. Article Number (Transfer from service label)

7011 2970 0003 1634 2497

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

| Label Matrix for local noticing | PRA Receivables Management, LLC | Ally Lending |
|---|---|---|
| 1083-2 | PO Box 41021 | Resurgent Capital Services |
| Case 22-20642 | Norfolk, VA 23541-1021 | PO Box 10368 |
| District of Kansas | | Greenville, SC 29603-0368 |
| Kansas City | | |
| Tue Oct 18 14:54:46 CDT 2022 | | |

American Express
PO Box 981537
El Paso TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aurora Financial Group, Inc.
RoundPoint Mortgage Servicing Corpo
446 Wrenplace Road
Fort Mill, SC 29715-0200

Best Egg
PO Box 42912
Philadelphia PA 19101-2912

Calvary Portfolio Service
500 Summit Lake Dr
Valhalla NY 10595-1340

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Citibank
PO Box 6497
Sioux Falls SD 57117-6497

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

FRONTIER COMMUNITY CREDIT UNION
690 EISENHOWER RD
Leavenworth KS 66048-4800

Frontier Community Credit Unio
690 Eisenhower Rd
Leavenworth KS 66048-4800

LENDINGCLUB BANK
595 MARKET ST
SUITE 200
San Francisco CA 94105-2802

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Plaza Services, LLC
PO BOX 1931
Burlingame, CA 94011-1931

Prime Lending
Servicing department
18111 Preston Road
Dallas TX 75252-5470

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA  98083-0788

Reeve Roofing and Construction
PO Box 451
Edgerton KS 66021-0451

Roundpoint Mortgage
446 Wrenplace Road
Fort Mill SC 29715-0200

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Jeffrey L. Wagoner
W M Law
15095 W. 116th Street
Olathe, KS 66062-1098

Paul Singh
700 S. Jaide Lane
Olathe, KS 66061-5254

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PLAZA SERVICES
110 HAMMOND DRIVE
Atlanta GA 30328

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Aurora Financial Group, Inc. by RoundPoint

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    26
Bypassed recipients     2
Total                  28